# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>JASON FOSTER<br>Civil Action No.: 8:20-cv-72560-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, JASON FOSTER, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court for the District of Minnesota absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case-specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: 10/7/2021

Respectfully submitted,

BAILEY COWAN HECKAMAN PLLC

/s/ Robert W. Cowan
K. Camp Bailey
Texas Bar No. 24006782
Robert W. Cowan
Texas Bar No. 24031976
Aaron Heckaman
Texas Bar No. 24059920

1

            Andrea McGinnis
            Texas Bar No. 24046389
            Katie Caminati
            Texas Bar No. 24098079
            1360 Post Oak Blvd., Ste. 2300
            Houston, TX 77056
            (713) 425-7100 Telephone
            (713) 425-7101 Facsimile
            cbailey@bchlaw.com
            rcowan@bchlaw.com
            aheckaman@bchlaw.com
            amcginnis@bchlaw.com
            kcaminati@bchlaw.com
            bailey-svc@bchlaw.com

            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I do hereby certify that on this __7th__ day of __October__, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

            */s/*   Robert W. Cowan